1  Leib M. Lerner (State Bar No. 227323)
   Adriene Plescia Lynch (State Bar. No. 259100)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, Sixteenth Floor
3  Los Angeles, California 90071
   Telephone:  (213) 576-1000
4  Facsimile:   (213) 576-1100
   leib.lerner@alston.com
5  adriene.lynch@alston.com                    JS-6

6  Attorneys for Defendant
   **PRINTPACK INC.**
7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | INSOLVENCY SERVICES GROUP, | Case No.: CV12-1941 R (JCx)
   | INC., Assignee for the Benefit of Creditors |
12 | of Mellace Family Brands, Inc., | **ORDER RE DISMISSAL WITH PREJUDICE**
13 |             Plaintiff, |
   |                         | [Filed concurrently with Stipulation of Dismissal With Prejudice]
14 |         vs. |
   |              | Honorable Manuel L. Real
15 | PRINTPACK INC; and DOES 1 through 10, inclusive, |
16 |
17 |             Defendants. |

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

LEGAL02/33178789v1

Plaintiff Insolvency Services Group, Inc., Assignee for the Benefit of Creditors of Mellace Family Brands, Inc. and Defendant Printpack Inc., by and through their counsel of record, have stipulated and agreed that the above-captioned case shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

Based on the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _March 13, 2012__

_____
Honorable Manuel L. Real
United States District Judge

Respectfully submitted by,

DATED: March 12, 2012   TERI M. MARIAS
**LAW OFFICES OF TERI M. MARIAS**


/s/ Teri M. Marias
Teri M. Marias
Attorneys for Plaintiff
**INSOLVENCY SERVICES GROUP, INC., ASSIGNEE FOR THE BENEFIT OF CREDITORS OF MELLACE FAMILY BRANDS, INC.**

DATED: March 12, 2012   LEIB M. LERNER
ADRIENE PLESCIA LYNCH
**ALSTON & BIRD LLP**


/s/ Adriene Plesica Lynch
Adriene Plescia Lynch
Attorneys for Defendant
**PRINTPACK INC.**

# PROOF OF SERVICE

I, Anna M. Williams, CCLS, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On March 12, 2012 I served the document(s) described as **[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed to the parties as listed on the attached service list in the following manner: SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ UPS NEXT DAY AIR: I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver of UPS authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2012, at Los Angeles, California.

Anna M. Williams, CCLS

1120375.1LEGAL02/33178789v1

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | SERVICE LIST |

| | |
|---|---|
| Teri M. Marias, Esq.<br>LAW OFFICE OF TERI M. MARIAS<br>20555 Devonshire Street, Suite 242<br>Chatsworth, CA 91311 | Attorneys For Plaintiff<br>Insolvency Services Group, Inc.,<br>Assignee for the Benefit of Creditors of<br>Mellace Family Brands, Inc.<br><br>Telephone: (818) 363-9998<br>Email: tmarias@mariaslaw.net |

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

LEGAL02/33178789v1